**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00366-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MANUEL NAVARRETE,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on February 25, 2016, it is hereby

ORDERED that Defendant Manuel Navarrete is sentenced to **TIME SERVED, 2 years supervised released.**

Dated:   February 25, 2016.

                BY THE COURT:

                /s/   R. Brooke Jackson
                R. BROOKE JACKSON,
                UNITED STATES DISTRICT JUDGE